

**NUMBER 13-18-00035-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

CHRISTOPHER BOOS,                                                           **Appellant,**

**v.**

THE STATE OF TEXAS,                                                     **Appellee.**

**On appeal from the 319th District Court
of Nueces County, Texas.**

# MEMORANDUM OPINION
**Before Justices Rodriguez, Contreras, and Benavides
Memorandum Opinion by Justice Benavides**

Appellant, Christopher Boos, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained,

and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
25th day of October, 2018.